### Commonwealth ex rel. Boden, Appellant, v. Maroney.

Argued September 29, 1961. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and ALPERN, JJ.

*Melvin Leroy Boden,* appellant, in propria persona.

*Frank A. Orban, Jr.,* Specially Appointed District Attorney, for appellee.

OPINION PER CURIAM, December 5, 1961:
The order of the court below is affirmed.